# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-30778
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
February 4, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff–Appellee.

versus

CHARLES SYKES,

Defendant–Appellant.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:05-CR-46-1

Before SMITH, WIENER, and ELROD, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Charles Sykes has moved to withdraw and has filed a brief in accordance with *Anders v.*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-30778

*California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Sykes has filed a response. We have reviewed counsel's brief, the relevant portions of the record reflected therein, and Sykes's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

The written judgment contains a clerical error. The district court found that Sykes had violated a special condition that he "participate in a program of testing and/or treatment for drug abuse." The written judgment incorrectly identifies that condition as Special Condition No. 2 rather than No. 1. Accordingly, we REMAND for correction of the error in accordance with Federal Rule of Criminal Procedure 36. *See United States v. Higgins*, 739 F.3d 733, 739 n.16 (5th Cir.), *cert. denied*, 134 S. Ct. 2319 (2014); *United States v. Pouncy*, 539 F. App'x 437, 438 (5th Cir. 2013); *United States v. Rosales*, 448 F. App'x 466, 466−67 (5th Cir. 2011).